# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Angela Rametta, | : |
| | : |
| | : Civil Action No.: 8:16-cv-03402-SCB-AEP |
| Plaintiff, | : |
| v. | : |
| | : |
| Navient Solutions, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Angela Rametta | Navient Solutions, LLC |
|---|---|
| ___/s/ Stan Michael Maslona_____ | _/s/ Michael P. Schuette_____ |
| Stan Michael Maslona, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No. 86128 | Florida Bar No. 0106181 |
| Lemberg Law, LLC | Dayle M. Van Hoose, Esq. |
| 43 Danbury Road, Third Floor | Florida Bar No. 0016277 |
| Wilton, CT 06897 | SESSIONS, FISHMAN, NATHAN & |
| Telephone: (203) 653-2250 | ISRAEL, L.L.C. |
| Facsimile: (203) 653-3424 | 3350 Buschwood Park Drive, Suite 195 |
| Attorney for Plaintiff | Tampa, FL 33618 |
| | Telephone: (813) 890-2472 |
| | Facsimile: (866) 466-3140 |
| | Attorneys for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Middle District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                   By /s/ Stan Michael Maslona
                                                      Stan Michael Maslona, Esq.